UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLO OBI OMOR                              13 CV 2439

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION (HRA)

Jury Trial: ☒ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
APR 11 2013
PRO SE OFFICE

I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name SOLO OBI OMOR
Street Address 1261 MERRIAM AVENUE, SUITE #3F
County, City BRONX, NEW YORK
State & Zip Code NEW YORK 10452
Telephone Number 347-717-7991

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name NYC HUMAN RESOURCES ADMINISTRATION
Street Address 2541-2549 BAINBRIDGE AVENUE

*Rev. 05/2010*

County, City **BRONX, N.Y. 10458**
State & Zip Code **NEW YORK, 10458**
Telephone Number **(718) 220-7035**

Defendant No. 2    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions        ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **DEFENDANT INFRINGEMENT OF THE 1ST, 4TH, 5TH, 6TH, 8TH, 10TH, 13TH AND 14TH AMENDMENTS OF THE CONSTITUTION, TORTURE AND DISCRIMINATION ON AGE, ETC**

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

III.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? NEW YORK CITY

B. What date and approximate time did the events giving rise to your claim(s) occur?

APRIL 10, 2013; 12 NOON - 8 PM.

C. Facts: UNLAWFUL ARREST, SEARCH AND SEIZURE; CRUEL AND UNUSUAL PUNISHMENT; PERSONAL PROPERTY CONFISCATED/STOLEN; TORTURE, SERVITUDE, HUMILIATION AND DISCRIMINATION PRINCIPALLY ON THE GROUND OF AGE AND NATIONAL ORIGIN.

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. JUST REDNESS FROM HAND CUFFING. PLAINTIFF BELIEVES THAT OVER TIME AND WITH THE APPLICATION OF VASELINE OR SIMILAR LOTION, ALL'LL BE WELL.

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. BY REASON OF THE FACTS AND CIRCUMSTANCES STATED ABOVE, PLAINTIFF HAS BEEN DAMAGED BY DEFENDANT IN THE SUM OF TWENTY-SEVEN MILLION DOLLARS.

WHEREFORE PLAINTIFF DEMANDS JUDGMENT AGAINST DEFENDANT IN THE SUM OF TWENTY-SEVEN MILLION DOLLARS ($27,000,000.00) PLUS INTEREST FROM 10TH APRIL 2013, COSTS AND DISBURSEMENTS, TOGETHER WITH AND OTHER RELIEF THIS COURT FINDS TO BE JUST, EQUITABLE AND PROPER.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of APRIL, 2013

Signature of Plaintiff [signature]

Mailing Address: 1261 MERRIAM AVENUE, SUITE # 3F, BRONX, N.Y. 10452-2907

Telephone Number: 347-717-7991

E-MAIL ~~Fax Number~~ (if you have one): Obiomor@gmail.com

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 05/2010*

Docket# 2032037    INDEX NO. L/T 55247/13

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

THE MERRIAM TOWER LLC

Petitioner
*Landlord*

against

SOLO    OMAR
1261 MERRIAM AVENUE
BRONX, NY 10452
3F

Respondent
*Tenant*

Respondent
*Undertenant*

BADGE # 009

CITY MARSHAL
THOMAS J. BIA
1000 GRAND CONCOURSE
BRONX, NY 10451
718-681-8878

*Name of Tenant and/or undertenant being fictitious and unknown, person intended, occupying apartment set forth below.*

**IMPORTANT** – PLEASE BE ADVISED YOUR EVICTION MAY TAKE PLACE ON **4·17·13** OR THEREAFTER, UNLESS STAYED PER COURT ORDER.

**IMPORTANTE** – USTED PUEDE SER DESHAUCIADO, EL **4·17·13** O DESPUES, A MENOS QUE POSEÉ UNA ORDEN DE LA CORTE.

# NOTICE OF EVICTION
Alternative Service / Mailing

# NOTIFICACION DE DESAHUCIO
Notificaciòn Alterna / Postal

To the above named tenants and undertenants:

Please take notice that the Court has issued a warrent for your eviction. If you fail to vacate the described premises, **YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE, ON THE SIXTH BUSINESS DAY AFTER THE DATE OF THIS NOTICE** or on any business day thereafter. "Business days" are Monday through Friday except legal holidays.

The **ONLY** way you can stop this eviction is if a Court issues an order to show cause that stays your eviction. You may apply for such an order at the Civil Court, Landlord - Tenant part, in your borough.

If a Court stay of your eviction is in effect, you will be evicted only if the stay ends or is vacated by the Court. If the Court has already ordered that you may be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

If you are dependent upon a person in the military service of the United States, advise the clerk of the Court immediately in order to protect your rights.

If you need legal assistance, the Legal Aid Society may be able to assist you (check telephone listing in your borough). A senior citezen who needs legal assistance may contact the New York City Department for the Aging, 2 Lafayette Street, New York, New York 10007, or 311.

If you receive public assistance, notify your caseworker immediately. The Human Resources Administration may be able to help you with back payments whether or not you receive public assistance. Call (877) 472-8411 for information.

**DATE OF NOTICE²**    **FECHADA**

**4·9·13**

A los susodichos inquilinos y sub-inquilinos:

Tenga a bien notar que la Corte ha emitido una order de desahuccio en contra de usted. Si no desaloja al local descrito, **USTED PUEDE SER DESHAUCIADO, SIN NOTIFICATION ADICIONAL, EL SEXTO DIA HABIL A PARTIR DE LA FECHA DE ESTA NOTIFICATION** o en cualquier dia habil de ahi en adenlante. Los "dias habiles" son Lunes a Viernes, excepto los dias de fiesta legales.

Usted puede detener este deshaucio **SOLAMENTE** si una Corte emite una orden judicial instruyendole a usted a mostrar motivos justificantes para suspender su desalojo. Usted puede solicitar esa orden (Order to Show Cause) en la Corte Civil, Seccion del Propietario - Inquilino (Civil Court, Landlord - Tenant part) **en su condado.**

Si una suspension de su desahucio por orden de la Corte esta en efecto, usted sera desalojado solo si la suspension caduca o la Corte la anula. Si la Corte ha ordenado ya que usted puede ser desalojado si no cumple con hacer un pago o con la orden de la Corte a partir de una fecha de vencimiento, su incumplimiento con el pago o con la orden de la Corte al llegar esa fecha puede resultar en su desahucio sin notification adicional.

Si usted depende de una persona que pertenece al Servicio Militar de los Estados Unidos, notifiqueselo inmediatamente al Secretario de la Corte (Court Clerk) para asi proteger sus derechos legales.

Si usted necesita ayuda legal, la Legal Aid Society tal vez puede ayudarlo (consulte la guia telefonica de su condado). Una persona de edad avanzada que necesita ayuda legal puede comunicarse con el Departamento para Personas Mayores de la Ciudad de Nueva York, 2 Lafayette Street, New York, New York 10007, Llame 311.

Si usted recibe asistencia publica, notifiquelo a su trabajador social (caseworker) inmediatamente. La Administracion de Recursos Humanos tal vez puede ayudarle con los pagos atrasados, reciba usted o no asistencia publica. Llame al (877) 472-8411 para informacion.

₁ Formerly known as "72-hour notice." Additional time has been allowed for mailing.
Anteriormente conocido como "Aviso de Deshaucio de 72 Horas." Se ha concedido tiempo adicional para enviar por correo.
₂ The date of this notice shall be on or after the date the notice is mailed to the respondent.
La fecha de este notificacion se fijara el dia en que se le envia al apelado o despues de ese dia.