UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Solo Obi Omor

_(In the space above enter the full name(s) of the plaintiff(s).)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/13

13 Civ. 2439 (LAP)

**AMENDED COMPLAINT**

-against-

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION
" SECURITY/POLICE OFFICER JANE DOE #1 "
" SECURITY/POLICE OFFICER JANE DOE #2 "
" SECURITY/POLICE OFFICER JOHN DOE "

Jury Trial:  ☒ Yes    ☐ No
_(check one)_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

RECEIVED
APR 29 2013
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Solo Obi Omor
Street Address   1261 Merriam Avenue, #3F
County, City   Bronx
State & Zip Code   N.Y. 10452-2907
Telephone Number   347-717-7991
e-mail: Obiomor@gmail.com

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 12/2009                                      1

Defendant No. 1   Name __CITY OF NEW YORK__
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 2   Name "SECURITY POLICE OFFICERS JANE DOE #1 and #2"
                  Street Address 2541-2549 BAINBRIDGE AVENUE
                  County, City BRONX
                  State & Zip Code NEW YORK, 10458
                  Telephone Number (718) 220-6696

Defendant No. 3   Name "SECURITY POLICE OFFICER JOHN DOE"
                  Street Address 40 2541-2549 BAINBRIDGE AVENUE
                  County, City BRONX N.Y.
                  State & Zip Code NEW YORK, 10458
                  Telephone Number (718) 220-6696.

Defendant No. 4   Name HUMAN RESOURCES ADMINISTRATION of N.Y.C
                  Street Address 2541-2549 BAINBRIDGE AVENUE
                  County, City BRONX N.Y.
                  State & Zip Code NEW YORK, 10458
                  Telephone Number (718) 220-6696.

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction?  *(check all that apply)*

     ☒ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 1ST, 4TH, 5TH, 6TH, 8TH, 10TH, AND 14TH AMENDMENTS OF THE CONSTITUTION OF USA; CIVIL RIGHTS ACT OF 1964.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __BRONX AND MANHATTAN (NEW YORK CITY.)__

B. What date and approximate time did the events giving rise to your claim(s) occur? __APRIL 10, 2013 (11:00 A.M. — 09:00 P.M.)__

C. Facts:

**What happened to you?** — SEE ATTACHED.

**Who did what?** — "SECURITY/POLICE OFFICERS JANE DOES #1 AND #2 ARRESTED ME."

**Was anyone else involved?** — "SECURITY/POLICE OFFICER JOHN DOE."

**Who else saw what happened?** — ABOUT 100 AMERICANS WHO CAME TO HRA FOR ASSISTANCE/BENEFITS.

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

HAND CUFF CAUSED SWELL AND REDNESS HAVING BEEN IMPRISONED/ARRESTED FOR ABOUT FOUR HOURS.

*Rev. 12/2009*                                                     3

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

*SEE ATTACHED FOR TWENTY-SEVEN MILLION DOLLARS*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~30TH~~ 29TH day of APRIL, 2013

Signature of Plaintiff: [signed]

Mailing Address: 1261 MERRIAM AVENUE APARTMENT 3F BRONX, N.Y. 10452

Telephone Number: 347-717-7991

Fax Number (if you have one): 

E-mail: Obiomor@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 12/2009*                                                                                           4

THE UNITED STATES DISTRICT COURT                AMENDED COMPLAINT

SOUTHERN DISTRICT OF NEW YORK                   13 CIV. 2439 (LAP)

SOLO OBI OMOR-PLAINTIFF

Vs.

CITY OF New York Et Al -DEFENDANTS

## TO THE UNITED STATES DISTRICT COURT

The complaint of the plaintiff, Solo Obi Omor, respectively shows and alleges as follows:

(1) That I am 63 years old, a full time student of Mercy College, citizen of U.S.A and resides at 1261 Merriam Avenue, Suite 3F. Bronx, New York

(2) That my wife was the only person earning income in our household but she got fed up with the idea of going back to College at the old age of 63 and on February 23, 2013, she moved out of our joint residence, emptying the apartment, to an undisclosed location.

(3) The ugly situation of no job and no income took me to the office of New York City Human Resources Administration (HRA) at 2541-2549 Bainbridge Avenue, Bronx, NY 10458.

(4) That on the 10th of April, 2013, I arrived at HRA at about 11 o'clock in that morning and was not called to be attended to until at about 4.30 P.M. Before attending to me, "Security/Police Officer Jane Doe #1 on duty on April 10, 2013, asked for a photo identification document from me.. I gave her my blue book-United States Passport. I heard her say, "He is from Nigeria" when she opened the first page of my United States Passport.

(5) I was ordered to go home without any help and any reason whatever. About five minutes later while I was still standing, I was arrested by two "Security/Police Officers Jane Doe #1 and Jane Doe #2."

(6) That I was handcuffed at about 4:45 P.M, and started to telephone for "Security/Officer John Doe," to come and transport me to a secure place in Manhattan. "We have handcuffed him; he is from Nigeria." were some of the good news Jane Doe 1 and 2 were relaying to John Doe over the telephone.

(7) I had prepared to be in Class on the evening of April 10, 2013. I had my Psychology book and some packets of pens, pencils, highlighters, etc. packed in a semi-transparent shopping bag. The Jane Does had seized the bag and searched me and the bag pending the arrival of John Doe.

(8) The men's room is just the next door to Jane Does office. I started to beg for the right to go to the bathroom but Jane Does won't permit me. I wetted myself before the arrival of John Doe.

(9) "Security/Police Officer John Doe finally arrived at about 6 o'clock that evening. He had asked for hand gloves and putting them on he proceeded to searching me and dipping his finger into my anus. What are you looking for over there? "DRUGS", replied John Doe.

(10) Plaintiff Solo Obi Omor was transported from the Bronx to the Criminal Court on Center Street, downtown Manhattan all the time handcuffed that evening. He was paraded into the Court in handcuff this day. Finally, I was set free at about 9 P.M that evening when the Does both Jane and Joe had no cause against me.

(11) Until this day, the Jane Does have my personal properties of a 63-year-old "NIGERIAN" with a U.S.A. BLUE-COLORED-PASSPORT in contravention of the 4th.and 5th. Amendments of the Constitution of the United States of America.

(12) That when the Plaintiff-Solo Obi Omor-was freed by the by the Order of the Criminal Court in down town Manhattan, "Security/Police Officers Jane Doe #1 and John Doe" who brought him from the Bronx left him stranded in Manhattan. That after freedom was announced, it took about 30 minutes later for "Security/Police Officer John Doe" to remove the handcuffs off Plaintiff-Solo Obi Omor while swearing, cursing, and threatening to deal with Solo Obi Omor whenever he comes again to HRA.

RELIEF

**By reason** of the facts and circumstances stated above, plaintiff has been damaged by defendants in the sum of twenty-seven million dollars ($27,000,000.00).

**Wherefore,** plaintiff demands judgment against defendants in the sum of twenty seven million dollars ($27,000,000.00), plus interest from April 10, 2013, costs and disbursements (if any), together with any other relief this Court finds to be just, equitable and proper.

Dated: April 30, 2013

_____

PLAINTIFF SIGNS

SOLO OBI OMOR

1261 MERRIAM AVENUE, #3F,

BRONX, NY, 10452-2907

347-717-7991 (TELEPHONE)

obiomor@gmail.com (E-MAIL #1)

obiomor@yahoo.com (E-MAIL #2)