UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13CIV 2439 (RA)

Solo Obi Omor

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

2ND AMENDED **COMPLAINT**

-against-

CITY OF NEW YORK
HRA Police Sergeant Deborah Larrisan-Mete (Shield 601)
HRA Police Officer Theresa Green (Shield 1929)
HRA Police Lieutenant Edgar Rosario

Jury Trial: ☒ Yes    ☐ No
*(check one)*

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 15
DATE FILED #: 7/22/13

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Solo Obi Omor
Street Address    1261 Merriam Ave Suite #3F
County, City    Bronx, New York
State & Zip Code    NY, 10452 - 2907
Telephone Number    347 - 717 - 7991

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    City of New York
Street Address    Law Department, 100 Church Street

*Rev. 05/2010*

County, City NEW YORK, NEW YORK
State & Zip Code NY 10007
Telephone Number 212-356-2657

Defendant No. 2    Name HRA POLICE SERGEANT DEBORAH DARRISAN-METE
Street Address SHIELD 601, 180 WATER STREET
County, City NEW YORK NEW YORK
State & Zip Code NY 10038
Telephone Number

Defendant No. 3    Name HRA POLICE OFFICER THERESA GREEN SHIELD 1929
Street Address 180 WATER STREET
County, City NEW YORK, NEW YORK
State & Zip Code NY 10038
Telephone Number

Defendant No. 4    Name HRA POLICE LIEUTENANT EDGAR ROSARIO
Street Address 180 WATER STREET
County, City NEW YORK NEW YORK
State & Zip Code NY 10038
Telephone Number

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions              ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 1ST, 4TH, 5TH, 8TH, 10TH, 13TH, AND 14TH AMENDMENTS OF THE CONSTITUTION. CIVIL RIGHT ACT 1964

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? 2541-9 BAINBRIDGE AVENUE, BRONX, NY 10458.

B.    What date and approximate time did the events giving rise to your claim(s) occur? APRIL 10TH 2013 BETWEEN THE HOURS OF 4Pm — 6:30Pm

C.    Facts: PLAINTIFF SOLO OBI OMOR GRADUATED FROM MERCY COLLEGE WITHOUT A JOB AND WITHOUT HOPE OF ANY INCOME IN THE NEAR FUTURE. THE STATE CITY AND THE PEOPLE FAILED ME IN THEIR RESPONSIBILITY AS DELEGATED IN THE 10TH AMENDMENT.

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

SEE ATTACHED

IV.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. NO SERIOUS INJURIES OTHER THAN REDNESS AND SWELLING OF THE SKIN CAUSED BY HAND CUFFS. WITH TIME AND APPLICATION OF ICE CUBES, SOLO OBI OMOR IS NORMAL

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

$27,000,000.00

SEE

ATTACHED

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 22nd day of JULY, 2013

Signature of Plaintiff

Mailing Address    1261 MERRIAM AVENUE
SUITE# 3F
BRONX   NY 10452-2907

Telephone Number    347-717-7991

Fax Number *(if you have one)*    Oloiomor@gmail.com
e-mail

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

2ND. AMENDED COMPLAINT

TO THE UNITED STATES DISTRICT COURT

## A PREAMBLE

The underlying events resulted from the City of New York's policy, custom and practice of having an HRA Police Department in their HRA facilities. HRA Police Officers Edgar Rosario, Deborah Darrisaw-Mete and Theresa Green were all on duty at the time of the incidents; in full police uniforms; armed with weapons of war and arrest, especially batons and handcuffs, supplied to them by the City of New York. The purpose of which is intimidation, harassment and discouragement of poor New Yorkers to come in for help. The police officers are there, poorly trained or not trained at all, uneducated. Sergeant Darrisaw-Green could not spell trespass, but with full authority of a real NYPD Police Officer who has spent some months, if not some years at the Police Academy and must graduate with distinction.

The HRA Police Officers, undoubtedly, acted in accordance with City of New York's ORDER, GUIDANCE, POLICY, CUSTOM, and PRACTICE only at HRA facilities. They are all City of New York Employees. All either live in or have their principal office of business at 180 Water Street, New York, NY 10038.

The complaint of the Plaintiff Solo Obi Omor respectively shows and alleges as follows:

(1) That I am 63 years old, a full time student of Mercy College as at 04/10/2013, a citizen of U.S.A and resides at 1261 Merriam Avenue, 3F, Bronx, NY, 10452.

(2) That my wife was the only person earning income in our household but she got fed up with the idea of going back to College at the old age of 63 and on February 23, 2013, she moved out of our joint residence, emptying the apartment, to an undisclosed location.

(3) The ugly situation of no job and no income took me to the office of New York City Human Resources Administration (HRA) at 2541-2549 Bainbridge Avenue, Bronx, NY 10458.

(4) That on the 10th. of April, 2013, I arrived at HRA at about 11 o'clock in that morning and was not called to be attended to until at about 4.30 P.M. Before attending to me, Sergeant Deborah Darrisaw-Mete on duty on April 10, 2013, asked for a photo identification document from me. I gave her my United States Passport. I heard her say, "He is from Nigeria" when she opened the first page of my United States Passport.

(5) I was ordered to go home without any help and any reason given for denial whatsoever. About five minutes later while I was still standing, I was arrested by Sergeant Deborah Darrisaw-Mete and Officer Theresa Green.

(6) That I was handcuffed at about 4:45 P.M, and Sergeant Darrisaw-Mete started to telephone for Lieutenant Edgar Rosario to come and transport me to a secure place in down town Manhattan. "We have handcuffed him; he is from Nigeria," were some of the good news Sergeant Darrisaw-Mete and Officer Theresa Green were relaying to Lieutenant Edgar Rosario over the telephone.

(7) I had prepared to be in class on the evening of April 10, 2013. I had my psychology book and some packets of pens, pencils, markers, highlighters, etc. packed in a semi-transparent shopping bag. Sergeant Darrisaw-Mete and Officer Green had seized the bag and searched me and the bag pending the arrival of Lieutenant Edgar Rosario. The contents of the bag were seized forever.

(8) The men's room is the next door to Sergeant Darrisaw-Mete's Office. I started to appeal for the right to go to the bathroom but Sergeant Darrisaw-Mete and Officer Theresa Green won't permit me. I wetted myself before the arrival of Lieutenant Edgar Rosario.

(9) Lieutenant Edgar Rosario finally arrived at about 6 o'clock that evening. He had asked for hand gloves and putting them on he proceeded to searching me and dipping his finger into my anal. What are you looking for over there? "DRUGS", replied Lieutenant Edgar Rosario.

(10)    Prisoner Solo Obi Omor was transported from the Bronx to the Criminal Court in downtown Manhattan all the time handcuffed that evening. He was paraded into the Court in handcuff this day. Finally, I was set free at about 9P.M that evening.

(11)    Until this day, HRA Police Sergeant Darrisaw-Mete and HRA Police Officer Theresa Green have the personal properties of a 63-year-old "NIGERIAN" with a  **U.S.A BLUE-COLORED-PASSPORT** in contravention of the 4th and 5th amendments of the constitution of the United States of America.

(12)    That when the Plaintiff Solo Obi Omor was freed by the order of the Criminal Court, HRA Police Sergeant Darrisaw-Mete and Lieutenant Edgar Rosario who brought him from the Bronx left him stranded in downtown Manhattan. That after freedom was announced, it took about 30 minutes later for HRA Police Lieutenant Edgar Rosario to remove the handcuffs off Plaintiff Solo Obi Omor while swearing, ranting, cursing, and threating to deal with Solo Obi Omor whenever he comes again to HRA. Solo Obi Omor has not gone back to this office ever since.

## RELIEF

**By reason** of the fact and circumstances stated above, plaintiff has been damaged by defendants in the sum of twenty-seven million dollars ($27,000,000.00).

**Wherefore,** plaintiff  demands judgment against defendants in the sum of twenty-seven million dollars ($27,000,000.00) plus interest from April 10, 2013,  costs  and disbursements (if any),  together  with  any  other relief this  Court finds to be just, equitable and proper.

Dated: July 22ND, 20 13

PLAINTIFF SIGNS

# Solo Obi Omor

1261 MERRIAM AVENUE, #3F

BRONX, NY, 10452-2907

347-717-7991 (TELEPHONE)

obiomor@gmail.com (E-MAIL)